# EXHIBIT B

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IAN TAYLOR,

   *Plaintiff*,

v.

CITIZENS TELECOM SERVICES
COMPANY, LLC,

   *Defendant*.
_____/

Case No.: 8:20-cv-509-36CPT

**DECLARATION OF KEVIN E. JAMES REGARDING
NOTICE AND SETTLEMENT ADMINISTRATION**

I, Kevin E. James, declare and state as follows:

1.    I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. Prior to joining Epiq in 2017, I received my Bachelor of Arts from Colby College, and my Juris Doctor from Lewis & Clark Law School. The following statements are based on my personal knowledge and information provided by other experienced Epiq employees working under my supervision, and if called on to do so, I could and would be competent to testify thereto.

2.    Epiq was established in 1968 as a client services and data processing company. Epiq has been administering bankruptcies since 1985 and settlements since 1993, including settlements of class actions, mass tort litigations, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation. Epiq has administered more than 1,000 settlements, including some of the largest and most complex cases ever settled. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail

notices, establishment and implementation of notice fulfillment services, coordination with the United States Postal Service ("USPS"), notice website development and maintenance, dedicated phone lines with recorded information and/or live operators, receipt and processing of opt-outs, claims database management, claim adjudication, funds management, and award calculations and distribution services. Epiq works with the settling parties, the Court, and the Class Members in a neutral facilitation role to implement settlement administration services based on the negotiated terms of a settlement.

3. Epiq was appointed as Claims Administrator pursuant to the Court's September 10, 2021 *Order Certifying Settlement Class Granting Preliminary Approval of Settlement and Directing Notice to the Class* (the "Order"). In accordance with the Settlement Agreement and Release (the "Agreement")[1] and the Court's Order, I submit this Declaration to advise the Parties and the Court regarding implementation of notice to the Class and to report on settlement administration.

## CLASS DATA TRANSFER

4. On July 9, 2021, Defendant provided to Epiq an electronic file containing 15,784 records, representing a list of all Class Members. The list contained the Class Members' (i) name and (ii) mailing address (the "Class Data").

5. Epiq promptly loaded the Class Data into a dedicated database created for the purpose of settlement administration. Epiq identified duplicate records and assigned unique identifiers to all 15,077 unique Class Members records to maintain the ability to track them throughout the settlement administration.

---

[1] All capitalized terms not otherwise defined in this document shall have the same meaning ascribed to them in the Agreement.

DECLARATION OF KEVIN E. JAMES REGARDING NOTICE AND SETTLEMENT ADMINISTRATION
2

## SETTLEMENT NOTICE PROGRAM

6. The elements of the Notice Program included direct notice via USPS first-class mail and a dedicated Settlement Website on which the Claim Form, Summary Notice, and Long Form Notice were posted.

### Notice to the Class

7. Pursuant to Section IV(B)(1) of the Agreement, on October 20, 2021, Epiq mailed the Court-approved Summary Notice and Claim Form by USPS first-class mail to 15,077 Class Members. Attached hereto, as Exhibit A, is a template of the Summary Notice and Claim Form mailed to Class Members.

8. Prior to mailing, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the USPS.[2] If any Class Member had filed a change of address request with the USPS, the current address in the NCOA database was used in connection with the Notice mailing, rather than the original mailing address in the Class Data.

9. Summary Notices and Claim Forms returned to Epiq as undeliverable are re-mailed to any new address available through USPS information (e.g., to the address provided by USPS on returned pieces for which the automatic forwarding order has expired), or to better addresses that may be found using a third-party lookup service. This process is also commonly referred to as "skip-tracing." Upon successfully locating better addresses, Summary Notices and Claim Forms are promptly re-mailed.

10. As of December 15, 2021, Epiq has re-mailed 946 Summary Notices and Claim

---

[2] The NCOA database is an official U.S. Postal Service technology product, which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mailstream. This product is an effective tool to update address changes when a person has completed a change of address form with the Post Office. The U.S. Postal Service maintains address information in the database for 48 months.

DECLARATION OF KEVIN E. JAMES REGARDING NOTICE AND SETTLEMENT ADMINISTRATION
3

Forms to Class Members for whom the mailing returned as undeliverable.

11. As of December 15, 2021, 14,741 of the 15,077 Class Members to whom Epiq mailed a Summary Notice and Claim Form, or approximately 97.8% of Class Members, did not have their mailing return to Epiq as undeliverable after all re-mailing efforts.

### Settlement Website

12. Pursuant to Section IV(B)(2) of the Agreement, on October 19, 2021, Epiq launched the Settlement Website, www.FrontierCOBRASettlement.com. The Settlement Website contains detailed information about the Settlement, including relevant dates, frequently asked questions, and access to relevant publicly available court documents relating to these Actions as required in the Agreement. The Settlement Website address was included in the Summary Notice, Claim Form, and Long Form Notice (attached hereto as Exhibit B).

13. As of December 15, 2021, the Settlement Website has received 1,151 page views in 633 website sessions. Epiq will continue to maintain and update the Settlement Website throughout the Settlement administration as required by the Agreement or as directed.

### Toll-Free Number

14. Pursuant to Section IV(B)(3) of the Agreement, on October 19, 2021, Epiq setup and hosted the toll-free number, 1-855-535-1786.  Class Members can call to listen to answers to frequently asked questions and request a copy of the Long Form Notice.  This automated system is available 24 hours per day, 7 days per week.

15. As of December 15, 2021, the toll-free number has handled 149 calls representing 362 minutes of use. Epiq has received and fulfilled 5 requests received through the toll-free line for a copy of the Long Form Notice.

### OPT OUTS AND OBJECTIONS

16. Pursuant to Section IV(B)(5) of the Agreement, Class Members wishing to be excluded from the Settlement were required to submit written requests for exclusion to the Claims Administrator, postmarked no later than November 30, 2021.

17. As of December 15, 2021, Epiq has received no requests for exclusion.

18. Pursuant to Section IV(B)(5) of the Agreement, Class Members wishing to object to the fairness, reasonableness, or adequacy of the Agreement have the option to submit written objections to the Claims Administrator, emailed or postmarked no later than November 30, 2021.

19. As of December 15, 2021, Epiq has received no objections.

I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on December 16, 2021 in Beaverton, Oregon.

*Kevin E. James*

Kevin E. James
Project Manager
Epiq Class Action & Claim Solutions, Inc.

# EXHIBIT A

**Taylor v. Citizens Telecom Services Company, LLC**
**Case No. 8:20-cv-509-36CPT (M.D. Fla.)**

**Notice of Class Action Lawsuit and Proposed Settlement**

The Court Authorized This Notice.
This is Not a Solicitation From a Lawyer.
You May Be Entitled to Receive Monetary Compensation.

| | |
|---|---|
| **What is this?** | This is Notice of a proposed Settlement in a class action lawsuit. |
| **What is this lawsuit about?** | The Settlement would resolve a lawsuit brought on behalf of a class of individuals, where the Plaintiff alleged that, between March 4, 2016, and March 4, 2020, Citizens Telecom Services Company, LLC, d/b/a Frontier Communications ("Frontier") failed to provide participants and beneficiaries in the Frontier Communications Corporation Health Care Plan with adequate notice of their right to continued health care coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). Any person that does not match Frontier's data showing that they may have received a notice that may have violated COBRA shall not be a Settlement Class Member. Frontier denies any wrongdoing. The Court has not ruled on the merits of Plaintiff's claims or Frontier's defenses. |
| **Why am I getting this notice?** | You were identified as someone to whom Frontier may have sent such a notice, according to its records. |
| **What does the settlement provide?** | Frontier has agreed to pay a maximum of $709,789.50 into a Settlement Fund, which will pay for the cost of notice and administration of the Settlement, payments to Settlement Class Members, and attorneys' fees and expenses incurred by counsel for Plaintiff and the Settlement Class ("Class Counsel"), if approved by the Court. Frontier will also make a $5,000 payment to Named Plaintiff Ian Taylor in exchange for a release of claims specific to him. |
| **How can I receive a payment from the Settlement?** | To receive a payment, you must complete and submit a valid Claim Form by **January 10, 2022**. Claim Forms must be sent to the Settlement Administrator at the address below and must be postmarked no later than **January 10, 2022**. |
| **Do I have to be included in the Settlement?** | If you don't want monetary compensation from this Settlement and you want to keep the right to pursue or continue to pursue claims against Frontier on your own, then you must exclude yourself from the Settlement by sending a letter requesting exclusion to the Claims Administrator postmarked or received no later than **November 30, 2021**, at the address below. The letter requesting exclusion must contain the specific information set forth on the Full Notice on the Settlement Website and in the Settlement Agreement.<br><br>Frontier Claims Administrator<br>P.O. Box 5826<br>Portland, OR 97228-5826 |
| **If I don't like something about the Settlement, how do I tell the Court?** | If you don't exclude yourself from the Settlement, you can object to any part of the Settlement. You must file your written objection with the Court by **November 30, 2021**. Your written objection must also be mailed to both Class Counsel and Frontier's Counsel and postmarked or received no later than **November 30, 2021**. Your written objection must contain the specific information set forth on the Full Notice on the Settlement Website and in the Settlement Agreement. |

**Questions? Visit www.FrontierCOBRASettlement.com,**
**Call 1-855-535-1786 (Recorded Information Only)**
**or Call Class Counsel at 1-813-579-2483.**

| | |
|---|---|
| **What if I do nothing?** | If you do nothing, you will not be eligible for a payment. But, you will still be a Settlement Class Member bound by the Settlement, and you will release Frontier and all other Released Parties (as defined by the Settlement) from all liability associated with the alleged actions giving rise to this case. |
| **How do I get more information about the Settlement?** | This notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your exclusion and objection rights and the final approval hearing, visit www.FrontierCOBRASettlement.com. You can also obtain additional information, a more detailed notice describing the Settlement, or a Claim Form, by calling 1-855-535-1786 (recorded information only). |

AE0272 v.06

**Questions? Visit www.FrontierCOBRASettlement.com,
Call 1-855-535-1786 (Recorded Information Only)
or Call Class Counsel at 1-813-579-2483.**

**Taylor v. Citizens Telecom Services Company, LLC**
**Case No. 8:20-cv-509-36CPT (M.D. Fla.)**

| | |
|---|---|
| **Frontier Claims Administrator** | **Toll-Free Number: 1-855-535-1786** |
| **P.O. Box 5826** | **Settlement Website:** |
| **Portland, OR 97228-5826** | **www.FrontierCOBRASettlement.com** |

**Claim Form**

To receive benefits from this Settlement, you must provide all of the information below and sign this Claim Form.

Mail this Claim Form to the following address:
Frontier Claims Administrator
P.O. Box 5826
Portland, OR 97228-5826

Your Claim Form must be postmarked on or before **January 10, 2022**.

**1. Your Contact Information:**

**If your contact information is incorrect, please correct it in the boxes provided below.**

First Name       MI   Last Name

Address 1

Address 2

City                                              State   ZIP Code

Phone

Claim Form Continues on Page 2 →

Questions? Visit www.FrontierCOBRASettlement.com, Call 1-855-535-1786
(Recorded Information Only) or Call Class Counsel at 1-813-579-2483.

01-CA40049746
AE0261 v.07

**2. Your Circumstances:**

Check each of the following that applies to you with regard to the COBRA notice you received from the Defendant in this case.

☐ You experienced a lapse in coverage (in other words, after the insurance that you had in connection with your employment with Frontier was no longer operative, you did not have health insurance coverage for some period of time) attributable to Frontier's COBRA notice.

☐ You paid out of pocket for medical expenses during the time you experienced a lapse in coverage attributable to Frontier's COBRA notice. (Only check this box if you experienced a lapse in coverage.)

☐ You or anyone covered by your Health Plan coverage with Frontier had to forgo or delay medical treatment during the time you experienced a lapse in coverage attributable to Frontier's COBRA notice. (Only check this box if you experienced a lapse in coverage.)

☐ You understood Frontier's COBRA notice and knew COBRA coverage was available but decided to pursue alternative health care options.

**3. Your Affirmation:**

By signing below, I attest that the information above is true and correct to the best of my knowledge and belief. This Claim Form may be researched and verified by the Frontier Claims Administrator.

[                                        ]
Signature

[                                        ]
Name (Please Print)

Date: [    ] – [    ] – [    ]
       MM     DD      YY

**Questions? Visit www.FrontierCOBRASettlement.com, Call 1-855-535-1786 (Recorded Information Only) or Call Class Counsel at 1-813-579-2483.**

02-CA40049746
AE0262 v.07

# EXHIBIT B

**Taylor v. Citizens Telecom Services Company, LLC**
**Case No. 8:20-CV-509-T-36CP (M.D. Fla.)**

**If you received a COBRA Notice from Citizens Telecom Services Company, LLC, d/b/a Frontier Communications between March 4, 2016, and March 4, 2020, you may be entitled to benefits under a class action settlement.**

*A federal Court authorized this Notice. This is not a solicitation from a lawyer.*
**THIS NOTICE OF A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS.
PLEASE READ IT CAREFULLY.**

- Plaintiff alleges that the COBRA notice he received from or on behalf of Citizens Telecom Services Company, LLC, d/b/a Frontier Communications ("Defendant" or "Frontier") was deficient because it failed to (i) include an explanation of the coverage termination date; (ii) include the address for payment of premiums, (iii) identify the Plan Administrator; and (iv) provide notice that was written in a manner calculated to be understood by the average plan participant. Frontier denies Plaintiff's allegations and denies any wrongdoing whatsoever. The Court has not ruled on the merits of Plaintiff's claims or Frontier's defenses. By entering into the Settlement, Frontier has not conceded the truth or validity of any of the claims against it.

- Frontier has agreed to make available up to $709,789.50 (the "Settlement Fund") to fully settle and release claims of participants and beneficiaries in Frontier's Health Plan who, between March 4, 2016, and March 4, 2020, were sent a COBRA Notice by Frontier as a result of a qualifying event and who did not elect COBRA (the "Settlement Class").

- The Settlement Fund shall be used to pay all amounts related to the Settlement, including payments to Settlement Class Members who submit a valid and timely claim form to receive payment ("Claim Form"), attorneys' fees and reasonable expenses not to exceed one-third of the Settlement Fund for attorneys representing Plaintiff and the Settlement Class ("Class Counsel"), and the costs of notice and administering the Settlement.

- Your rights and options, and the deadlines to exercise them, are explained in this Notice. Your legal rights are affected whether you act or don't act. Read this Notice carefully.

- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | If you submit a valid Claim Form by **January 10, 2022**, you will receive a payment and will give up your rights to pursue or continue to pursue a Released Claim, as defined in the Settlement Agreement, against Frontier and/or any other Released Parties. If you have a Class ID number, Claim Forms may be submitted by mail to<br><br>Frontier Claims Administrator<br>P.O. Box 5826<br>Portland, OR 97228-5826 |
| **Exclude Yourself or "Opt Out" of the Settlement** | If you ask to be excluded, you will not receive a payment. This is the only option that allows you to pursue or continue to pursue a Released Claim against Frontier and/or other Released Parties on your own. The deadline for excluding yourself is **November 30, 2021**. |
| **Object to the Settlement** | You may write to the Court about why you believe the Settlement is unfair in any respect. The deadline for objecting is **November 30, 2021**. To obtain a benefit from this Settlement, you must still submit a Claim Form. If you only submit an objection and do not submit a Claim Form, you will not receive any benefit from the Settlement, and you will give up your rights to pursue or continue to pursue a Released Claim against Frontier and/or any other Released Parties. |
| **Do Nothing** | If you do nothing, you will not receive any monetary award, and you will give up your rights to pursue or continue to pursue a Released Claim against Frontier and/or any other Released Parties. |

**Questions? Visit www.FrontierCOBRASettlement.com
Or Call 1-855-535-1786 (Recorded Information Only)
Or Class Counsel at 1-813-579-2483**

AE0281 v.09

1

| | |
|---|---|
| **Go to the Final Approval Hearing** | You may ask to speak in Court about the fairness of the Settlement if you object to the Settlement. To speak at the Final Approval Hearing, you must comply with the requirements set forth in Question 21 no later than **November 30, 2021**. |

## Basic Information

### 1. What is the purpose of this Notice?

The purpose of this Notice is to inform you that a proposed Settlement has been reached in the class action lawsuit styled *Taylor v. Citizens Telecom Services Company, LLC,* Case No. 8:20-cv-509-36CPT (M.D. Fla.). Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully. This Notice summarizes the Settlement and your rights under it.

### 2. What does it mean if I received a mailing about this Settlement?

If you received a mailing describing this Settlement, it is because Frontier's records indicate that you may be a member of the Settlement Class in this action. You are a member of the Settlement Class if you were a participant in or beneficiary of Frontier's Health Plan who, between March 4, 2016, and March 4, 2020, was sent a COBRA Notice by Frontier as a result of a qualifying event, and who did not elect COBRA.

If you did not receive an email or postcard describing this Settlement, you may still submit a Claim Form. Please see Question 11 in this Notice to learn how to obtain and submit a Claim Form. The Frontier Claims Administrator will check the written claim against Frontier's records. If the information does not match, you will not be a Settlement Class Member and are not entitled to any relief.

### 3. What is this class action lawsuit about?

In a class action, one or more people called class representatives (here, Plaintiff) sue on behalf of people who allegedly have similar claims. This group is called a class and the persons included are called class members. One court resolves the issues for all of the class members, except for those who exclude themselves from the class.

Here, Plaintiff alleges that the COBRA notice he received from or on behalf of Frontier was deficient because it failed to (i) include an explanation of the coverage termination date; (ii) include the address for payment of premiums, (iii) identify the Plan Administrator; and (iv) provide notice that was written in a manner calculated to be understood by the average plan participant. Frontier denies these allegations and denies any wrongdoing. The Court has conditionally certified a class action for settlement purposes only. The Honorable Charlene Edwards Honeywell is the judge in charge of the lawsuit.

### 4. Why is there a Settlement?

The Court did not decide in favor of Plaintiff or Frontier. Instead, both sides agreed to this Settlement to avoid the risk and cost of a trial and so that the Settlement Class Members will receive compensation. Plaintiff and Class Counsel think the Settlement is best for all Settlement Class Members.

## Who Is In The Settlement Class?

### 5. How do I know if I am part of the Settlement Class?

The Court has certified this case as a class action for settlement purposes only. The Settlement Class is defined as:

> (i) All participants and beneficiaries in Frontier's Health Plan (ii) who, within the four (4) years prior to the filing of the Complaint, were sent a COBRA notice by Frontier (iii) as a result of a qualifying event and (iv) who did not elect COBRA.

Notwithstanding the foregoing, in compliance with 28 U.S.C. § 455, this class specifically excludes persons in the following categories: (A) the district judge and magistrate judge presiding over this case and the judges of the United States Court of Appeals for the Eleventh Circuit; (B) the spouses of those in category (A); (C) any person within the third degree of relationship of those in categories (A) or (B); and (D) the spouses of those within category (C).

Questions? Visit www.FrontierCOBRASettlement.com
Or Call 1-855-535-1786 (Recorded Information Only)
Or Class Counsel at 1-813-579-2483

AE0282 v.09

"Settlement Class Member" is defined as any person in the Settlement Class who is not validly excluded from the Settlement Class.

If you are still not sure whether you are included in the Settlement Class, you can visit the Settlement Website at www.FrontierCOBRASettlement.com or write to the Claims Administrator at the following address:

Frontier Claims Administrator
PO Box 5826
Portland, OR 97228-5826

You may also call the Toll-Free Settlement Hotline at 1-855-535-1786 for more information (recorded information only).

## The Lawyers Representing You

### 6. Do I have lawyers in this case?

The Court has appointed lawyers from the law firm of Wenzel Fenton Cabassa, P.A. as Class Counsel to represent you and the other persons in the Settlement Class. You will not be personally charged by these lawyers.

### 7. How will Class Counsel be paid?

Class Counsel will ask the Court to approve payment of up to one third of the $709,789.50 Settlement Fund, which is $236,596.50, to them for attorneys' fees, and reasonable expenses totaling $5,230.00. The Court may award less than these amounts.

## The Settlement Benefits – What You Get

### 8. What does the Settlement provide?

**Settlement Fund**. Frontier will make up to $709,789.50 available (the "Settlement Fund"), which will cover: (1) payments to Settlement Class Members who submit timely and valid claim forms; (2) an award of attorneys' fees and expenses to Class Counsel, in an amount not to exceed one-third of the Settlement Fund, which is $236,596.50, plus litigation costs totaling $5,230.00; and, finally, (3) the costs of notice and administration of the Settlement. Money left in the Settlement Fund that is not claimed will revert to Defendant after all payments required under the agreement are first made. Frontier will make an additional general release payment to the Named Plaintiff Ian Taylor in the amount of $5,000.00 in exchange for his release of claims specific to him.

**Payments**. All Settlement Class Members are eligible to submit a Claim Form and receive a payment. The individual payment amount to Settlement Class Members shall be calculated by taking the Net Settlement Fund (i.e., the amount remaining from the Settlement Fund after payment of court-approved attorneys' fees and expenses to Class Counsel, and payment of court-approved administrative expenses) and dividing by 16,317. The resulting number will be amount paid to each individual Settlement Class Member. To submit a Claim Form, follow the procedures described under Question 11.

### 9. How much will my payment be?

At this time, the payment amount cannot be precisely calculated. However, based upon claims rates from similar cases, it is estimated that the net payment made to each qualifying Settlement Class Member will be between $20.00 and $30.00. This is just an estimate, and the precise number cannot be calculated until the conclusion of the claims submission process.

AE0283 v.09

Questions? Visit www.FrontierCOBRASettlement.com
Or Call 1-855-535-1786 (Recorded Information Only)
Or Class Counsel at 1-813-579-2483

3

### 10. What am I giving up to stay in the Settlement Class?

Unless you exclude yourself from the Settlement, you will be part of the Settlement Class and will be bound by the Released Claims in the Settlement. This means that if the Settlement is approved, you cannot pursue or continue to pursue any Released Claim against Frontier or any other Released Parties, whether on your own or as part of any other lawsuit, as explained in the Settlement Agreement. It also means that all of the Court's orders will apply to you and legally bind you. Unless you exclude yourself from the Settlement, you will agree to release Frontier and any other Released Parties, as defined in the Settlement Agreement, from any and all claims that were or could be asserted in the litigation as further described in the Settlement Agreement.

In summary, the Release includes, without limitation, all claims for relief that were raised or could have been raised by Plaintiff and the Settlement Class Members from the facts alleged in the Complaint, including, but not limited to, claims arising under the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA") or any similar regulation, statute, or other law.

If you have any questions about the Release or what it means, you can speak to Class Counsel, listed under Question 6, for free, or you can talk to your own lawyer at your own expense. The Release does not apply to persons in the Settlement Class who timely exclude themselves.

## How to Obtain a Payment

### 11. How can I get a payment?

To receive a payment, you must submit a Claim Form by the deadline stated below. You may get a Claim Form on the Settlement Website, www.FrontierCOBRASettlement.com or by calling the Toll-Free Settlement Hotline, 1-855-535-1786 (recorded information only). Read the instructions on the Claim Form carefully, and make sure to fill out the form completely and accurately, sign it, and submit it in a timely manner. To be valid, the Claim Form must be completed fully and accurately, signed and submitted timely. You may submit your Claim Form by mail to the Claims Administrator at

Frontier Claims Administrator
P.O. Box 5826
Portland, OR 97228-5826

When you mail your Claim Form to the Claims Administrator, it must be postmarked by no later than **January 10, 2022**.

## When will I receive a Settlement payment?

### 12. How can I get a payment?

The Court will hold a hearing **Friday, January 14, 2022, at 11:00 a.m.** at the United States District Court for the Middle District of Florida, Tampa Division, United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 to decide whether to approve the Settlement. Even if the Court approves the Settlement, there may be appeals. Resolving these appeals—if they can be resolved—can take time, sometimes more than a year. Everyone who sends in a Claim Form will be informed of the progress of the Settlement through information posted on the Settlement Website at www.FrontierCOBRASettlement.com. Please be patient.

## Excluding Yourself From the Settlement

### 13. How can I get out of the Settlement?

If you want to keep your rights to pursue or continue to pursue any Released Claim against Frontier and/or any Released Parties, as defined in the Settlement Agreement, then you must take steps to get out of the Settlement Class. This is called excluding yourself from, or opting out of, the Settlement Class.

AE0284 v.09

Questions? Visit www.FrontierCOBRASettlement.com
Or Call 1-855-535-1786 (Recorded Information Only)
Or Class Counsel at 1-813-579-2483

4

To exclude yourself from the Settlement, you must send an exclusion request to the Claims Administrator. To be valid, a member of the Settlement Class who wishes to be excluded from the Settlement Class must mail a written notice of exclusion to the Claims Administrator, so that it is postmarked no later than **November 30, 2021** (the "Opt-Out Deadline"), and must clearly state the following in the written notice of exclusion: (a) identify the case name; (b) identify the name, address, and telephone number of the Settlement Class Member; (c) be personally signed by the Settlement Class Member requesting exclusion; and (d) contain a statement that indicates a desire to be excluded from the Settlement Class in the Litigation, such as "I hereby request to be excluded from the proposed Settlement Class in *Taylor v. Citizens Telecom Services Company, LLC* ." No request for exclusion will be valid unless all of the information described above is included. No person in the Settlement Class, or any person acting on behalf of or in concert or participation with that person in the Settlement Class, may exclude any other person in the Settlement Class from the Settlement Class.

**To be valid, you must mail your exclusion request postmarked no later than November 30, 2021, to the Claims Administrator at**

**Frontier Claims Administrator**
**P.O. Box 5826**
**Portland, OR 97228-5826**

### 14. If I do not exclude myself, can I sue Frontier for the same thing?

No. If you do not exclude yourself, you give up any rights to pursue (or continue to pursue) any Released Claims against Frontier and/or any Released Parties.

### 15. If I exclude myself, can I get a benefit from this Settlement?

No. If you ask to be excluded, you will not be able to submit a Claim Form for a Settlement payment, and you cannot object to the Settlement.

## Objecting to the Settlement

### 16. How do I tell the Court that I do not think the Settlement is fair?

If you are in the Settlement Class, you can object to the Settlement or any part of the Settlement that you think the Court should reject, and the Court will consider your views. If you do not provide a written objection in the manner described below, you shall be deemed to have waived any objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement or the award of any attorneys' fees and expenses.

To be valid, the written objection must include (a) the case name and number; (b) the name, address, and telephone number of the Settlement Class Member objecting and, if represented by counsel, of his/her counsel; (c) a description of the specific basis for each objection raised; (d) a statement of whether he/she intends to appear at the Final Approval Hearing, either with or without counsel; and (e) a copy of the allegedly defective COBRA notice received by the objecting Settlement Class Member.

Any Settlement Class Member who fails to object to the Settlement in the manner described above shall be deemed to have waived any such objection, shall not be permitted to object to any terms or approval of the Settlement at the Final Approval Hearing, and shall be foreclosed from seeking any review of the Settlement or the terms of the Settlement Agreement by appeal or other means.

To be considered, you must file your objections with the Court. Your objections must also be mailed to the addresses below and postmarked no later than **November 30, 2021**.

| *For Plaintiff*:<br>Brandon J. Hill<br>Luis A. Cabassa<br>Wenzel Fenton Cabassa, P.A.<br>1110 North Florida Ave., Ste 300<br>Tampa, Florida 33602 | *For Frontier*:<br>Aaron S. Weiss<br>Charles W. Throckmorton<br>Carlton Fields, P.A.<br>700 NW 1st Ave., Ste. 1200<br>Miami, Florida 33136 |
|---|---|

AE0285 v.09

Questions? Visit www.FrontierCOBRASettlement.com
Or Call 1-855-535-1786 (Recorded Information Only)
Or Class Counsel at 1-813-579-2483

5

**To obtain a benefit from this Settlement, you must submit a Claim Form even if you timely and properly object. If you object but fail to submit a Claim Form, you will not receive any monetary award.**

### 17. What is the difference between objecting and excluding yourself?

Objecting is telling the Court that you oppose something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself means that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## If You Do Nothing

### 18. What happens if I do nothing at all?

If you do nothing, you will not receive any monetary award and you will give up your rights to pursue or continue to pursue Released Claims against Frontier and/or any other Released Parties. For information relating to what rights you are giving up, see Question 10.

## The Final Approval Hearing

### 19. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Fairness Hearing at **11:00 a.m. on January 14, 2022**, in the United States District Court for the Middle District of Florida, Tampa Division, United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are valid objections that comply with the requirements in Question 16, the Court will also consider them and will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay to Class Counsel.

The Final Approval Hearing may be moved to a different date or time without additional notice, so check the Settlement Website for updates regularly.

### 20. Do I have to come to the hearing?

No. Class Counsel will appear on behalf of the Settlement Class, but you are welcome to come or have your own lawyer appear at your own expense.

### 21. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing, but only in connection with an objection that you have timely submitted to the Court according to the procedure set forth in Question 16. To speak at the Final Approval Hearing, you must also file a document with the Court stating your intention to appear. For this document to be considered, it must include your name, address, telephone number and your signature. The document must be filed with the Court no later than **November 30, 2021**. You cannot speak at the hearing if you exclude yourself from the Settlement.

## Getting More Information

### 22. How do I get more information?

This Notice is only a summary of the proposed Settlement. You can get a complete copy of the Settlement Agreement by visiting the Settlement Website, www.FrontierCOBRASettlement.com, or you can write to the address below or call the Toll-Free Settlement Hotline 1-855-535-1786 (recorded information only). You can also call Class Counsel with any questions at 1-813-579-2483.

**DO NOT CALL OR WRITE TO THE COURT, THE CLERK OF THE COURT, FRONTIER, OR FRONTIER'S COUNSEL ABOUT THE SETTLEMENT. ALSO, TELEPHONE REPRESENTATIVES WHO ANSWER CALLS MADE TO THE TOLL-FREE NUMBER ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.**

Questions? Visit www.FrontierCOBRASettlement.com
Or Call 1-855-535-1786 (Recorded Information Only)
Or Class Counsel at 1-813-579-2483

AE0286 v.09